IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
18 JUN 19 PM 1:38
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

UNITED STATES OF AMERICA )
)
vs )
) Case No. 3:17CR031
)
)
)
TIMOTHY DICKERSON

### ORDER TERMINATING PREJUDGMENT PROBATION

The above named was placed on prejudgment probation on July 19, 2017, for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from prejudgment probation supervision and that the proceedings in the case be terminated.

Dated this 19th day of June, 2018

Sharon L. Ovington
United States Magistrate Judge